UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH LEROY JONES, *pro se,*

    Plaintiff,

v.                                               Case No: 8:14-cv-1371-T-30TBM

PAT FRANK, Clerk of the Circuit Court,

    Defendant.

**ORDER**

THIS CAUSE comes before the Court upon the following:

1.    Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. #2);

2.    Plaintiff's Motion for Extension to Time and to Withdraw Application to Proceed Without Prepayment and Withdraw Motion to Proceed *In Forma Pauperis* (Dkt. #5); and

3.    The Magistrate Judge's Report and Recommendation (Dkt. #4) issued on July 8, 2014.

Upon review and consideration of the foregoing, it is

ORDERED AND ADJUDGED that:

1.    Plaintiff's Motion for Extension to Time and to Withdraw Application to Proceed Without Prepayment and Withdraw Motion to Proceed *In Forma Pauperis* (Dkt. #5) is GRANTED. Plaintiff shall have fourteen (14) days from the date of this Order in which to file an Amended Complaint and to pay the associated filing fees.

2. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. #2) is DENIED as moot.

3. The Report and Recommendation (Dkt. #4) is DENIED as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of July, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-1371 pro se motions.docx