**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOSEPH LEROY JONES, *pro se,*

    Plaintiff,

v.                                                     Case No: 8:14-cv-1371-T-30TBM

PAT FRANK, Clerk of the Circuit Court,

    Defendant.

_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates the Court issued an Order (Dkt. #7) on August 7, 2014, which directed Plaintiff to file an Amended Complaint and to pay the associated filing fees within fourteen (14) days. Plaintiff has failed to file an Amended Complaint or pay the associated filing fees. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 2nd day of September, 2014.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-1371 dismissal.docx